**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RHODA YATES,

    Plaintiff,

v.

                            Case No. 2:11-CV-10115

ALLSTATE INSURANCE COMPANY,

    Defendant.
                                              /

**ORDER EXTENDING DISCOVERY, DIRECTING PARTIES TO SCHEDULE
FACILITATION, AND SETTING TELEPHONE CONFERENCE**

On October 6, 2011, the court held a status conference in the above-captioned matter. During the conference, Defendant's attorney indicated he wished to conduct additional discovery on Plaintiff's claim of attendant care benefits; specifically, he requested permission to depose Rhonae Yates and Nancy Yates. Counsel for the parties also informed the court that they wished to participate in a private facilitation in order to determine if they may be able to reach a mutually-agreeable settlement of this matter. Accordingly,

IT IS ORDERED that discovery in this case is extended for the limited purpose of allowing Defendant to depose Rhonae Yates and Nancy Yates regarding the attendant care that they allegedly provided to Plaintiff. These depositions shall be taken by **October 19, 2011**. The court will grant no additional extensions of the deadlines established in the court's scheduling order [Dkt. # 7], and the parties shall abide by the trial schedule laid out therein.

IT IS FURTHER ORDERED that the parties shall identify a facilitator, secure an appointment for facilitation at the earliest possible date, and then inform the court of the scheduled facilitation.

IT IS FURTHER ORDERED that the parties shall participate in a telephone conference on **October 20, 2011, at 10:00 a.m.** The court will place the telephone call. During the conference, the parties should be prepared to inform the court of their progress in completing the limited discovery allowed by this order and in scheduling a facilitation.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 7, 2011, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-10115.YATES.ExtDiscSetTelConf.set.wpd